

# THE STATE OF TEXAS
## MANDATE

TO THE 53RD DISTRICT COURT OF TRAVIS COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 14th day of October, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

| | |
|---|---|
| Jamil Sayfi d/b/a Farmers Truck Center, Appellant | No. 06-15-00077-CV |
| | Trial Court No. D-1-GV-08-001425 |
| v. | |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Jamil Sayfi d/b/a Farmers Truck Center, pay all costs of this appeal.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 28th day of December, A.D. 2015.

DEBRA K. AUTREY, Clerk

